UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANNIS WILLIAMS,

              Plaintiff,

       - against -

MR. COLLIN ROSE, MR. KEE, HRA SECURITY,
SERGEANT KERN PROBHERBS, JOHN DOE #1
and JANE DOE, Security Guards, and MR. RAO and
JOHN DOE #2, New York City Police Officers,

              Defendants.
-----------------------------------------------------------------X

ORDER
08-CV-4010(RRM) (LB)

MAUSKOPF, United States District Judge.

By Motion filed November 13, 2009, defendants moved for dismissal of plaintiff's *pro se* complaint pursuant to Federal Rules of Civil Procedure 37(b) and 41(b). On December 15, 2009, Judge Bloom issued a Report and Recommendation (the "R&R") recommending that defendants' motion be granted pursuant to Rule 37(b)(2)(A)(v). Judge Bloom reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due no later than January 7, 2010. Neither party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. See Covey v. Simonton, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that defendants' motion to dismiss the complaint is GRANTED.

              SO ORDERED.

Dated: Brooklyn, New York
       January 8, 2010

              ROSLYNN R. MAUSKOPF
              United States District Judge